CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 1 2 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOSHUA REEL and THOMAS ELLIOTT, Plaintiffs, | Civil action No. 5:07CV00080 |
| v. | **FINAL ORDER ADOPTING REPORT AND RECMMENDATION** |
| ANDERSON FINANCIAL SERVICES, LLC., d/b/a Loan Max, Defendant. | By: Samuel G. Wilson United States District Judge |

This case is before the court on the objection of plaintiffs, Joshua Reel and Thomas Elliott, to the Magistrate Judge's report which set forth proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B). The court has reviewed the pleadings, Magistrate Judge's report and plaintiff's objection to that report. The court concludes that the Magistrate Judge's recommendation is correct and adopts that recommendation. Accordingly, it is **ORDERED** that plaintiffs, Joshua Reel and Thomas Elliott, and defendants, Anderson Financial Services, submit to **ARBITRATION** the claims raised in this civil action, in accordance with the terms of the arbitration agreement executed on September 21, 2006, and this civil action is **STRICKEN** from the docket of the court without prejudice to reinstate the matter within 60 days of the conclusion of arbitration.[1]

ENTER: This 12th day of February, 2008

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that "a court which orders arbitration retains jurisdiction to determine any subsequent application involving the same agreement to arbitrate." Sigma v. Dean Witter Reynolds, Inc., 766 F.2d 698, 705 (2d Cir. 1985). Accordingly, the court retains jurisdiction in this case in the event that it is necessary to further enforce the application of this agreement.